```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

          -v-                       :      INFORMATION

ALEJANDRO CESAR GUTIERREZ GARCIA,   :      10 Cr. 560 (KMK)

          Defendant.                :

- - - - - - - - - - - - - - - - - -x
```

The United States Attorney charges:

1. From in or about July 2009, up to and including on or about July 12, 2009, in the Southern District of New York and elsewhere, ALEJANDRO CESAR GUTIERREZ GARCIA, the defendant, unlawfully, willfully and knowingly did aid and abet a person who traveled in interstate commerce with the intent to kill, injure, harass, and intimidate a spouse, and who, in the course of and as a result of such travel, committed and attempted to commit a crime of violence against that spouse, resulting in the death of the spouse, to wit:

2. On or about July 9, 2009, a husband ("the husband") and his wife ("the wife") traveled from Florida to Westchester County, New York where they resided at a hotel ("the hotel").

3. The wife had traveled to Westchester as part of a plan with ALEJANDRO CESAR GUTIERREZ GARCIA, the defendant, and others to physically assault the husband.

4. On or about July 12, 2009, ALEJANDRO CESAR GUTIERREZ GARCIA, the defendant, who had traveled from Florida to Westchester County, New York as part of the aforementioned plan, did, with the wife and others, and for the purpose of carrying

out the goals of that plan, physically assault the husband at the hotel.

     5. The husband died as a result of the aforementioned assault.

(Title 18, United States Code, Sections 2261(a)(1), (b)(1), and 2)

*[signature]*
Preet Bharara
United States Attorney